UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Pioneer International Group, Inc. et al.<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Westlund Farms, LLC, *et al*.<br><br>　　Defendants | Case No. 0:15-cv-61731-JIC |

### DEFENDANTS' JOINT ANSWER

Defendants answer the complaint in this matter as follows:

1. Defendants have insufficient information to admit or deny this allegation, but to the extent an answer is required, denied.

2. Defendants have insufficient information to admit or deny this allegation, but to the extent an answer is required, denied.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. This allegation is a conclusion of law to which no response is required, but to the extent a response is required, denied.

8. This allegation is a conclusion of law to which no response is required, but to the extent a response is required, denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied, except to admit that the document speaks for itself.

13. Denied, except to admit that the document speaks for itself.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Admit that payments were made, but denied that payments as alleged.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied as alleged, but admit that the shares were subject to the S1.

24. Admit that the letter was sent, but deny that anything was due.

25. Admit that the S1 was filed, but otherwise deny.

26. Denied.

27. Denied.

28. The foregoing answers are incorporated herein.

29. This allegation is a conclusion of law to which no response is required, but to the extent a response is required, admit.

30. Denied.

31. Denied.

32. The foregoing answers are incorporated herein.

33. This allegation is a conclusion of law to which no response is required, but to the extent a response is required, denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. The foregoing answers are incorporated herein.

44. This allegation is a conclusion of law to which no response is required, but to the extent a response is required, denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. The foregoing answers are incorporated herein.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. No response is required as this count is dismissed.

58. No response is required as this count is dismissed.

59. No response is required as this count is dismissed.

60. No response is required as this count is dismissed.

61. The foregoing answers are incorporated herein.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. The foregoing answers are incorporated herein.

68. Denied.

69. Denied.

70. Denied.

71. No response is required as this count is dismissed.

72. No response is required as this count is dismissed.

73. No response is required as this count is dismissed.

74. No response is required as this count is dismissed.

75. No response is required as this count is dismissed.

76. No response is required as this count is dismissed.

77. No response is required as this count is dismissed.

78. The foregoing answers are incorporated herein.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

All allegations not answered above to which an answer is required, are denied.  Defendants deny that Plaintiffs are entitled to the relief requested or any relief whatsoever.

**Affirmative Defenses**

1. The Complaint fails to state a claim upon which relief can be granted.
2. The Complaint is barred by the doctrine of assumption of risk.
3. The Complaint is barred by the doctrine of contributory negligence.
4. The Complaint is barred by estoppel and waiver.
5. The Complaint is barred by the prior breach of Plaintiffs.
6. Plaintiff George Anaya is a stranger to the transaction and may not sue.

Defendants ask that the Complaint against them be dismissed with prejudice, and that they be awarded their costs in this matter.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

        Respectfully submitted,

        /s/ Maurice B. VerStandig
        Maurice B. VerStandig, Esq. #76723
        The VerStandig Law Firm, LLC
        12505 Park Potomac Avenue
        Sixth Floor
        Potomac, Maryland 20854
        Phone: 301-444-4600
        Facsimile: 301-576-6885
        mac@mbvesq.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 15th day of December 2015, a copy of the foregoing was served on all counsel via the Court's ECF.

        /s/ Maurice B. VerStandig
        Maurice B. VerStandig, Esq.

4820-2269-5464, v. 1