UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PIONEER INTERNATIONAL GROUP, INC.
and GEORGE ANAYA, JR.,

    Plaintiffs,

v.

WESTLUND FARMS, LLC, ANDREW
WESTLUND, CYBERGY HOLDINGS, INC.,
and MARK GRAY,

    Defendants.

CASE NO. 15-CV-61731-SELTZER
(Consent Case)

## STIPULATION OF DISMISSAL

COMES NOW, Plaintiffs, PIONEER INTERNATIONAL GROUP, INC. and GEORGE ANAYA, JR. ("Plaintiffs"), and Defendants, WESTLUND FARMS, LLC, ANDREW WESTLUND, CYBERGY HOLDINGS, INC., and MARK GRAY ("Defendants"), by and through their respective undersigned counsel, who stipulate pursuant to F.R.C.P 41(a)(1)(ii), that this matter has been fully and completely resolved via confidential settlement and respectfully request this Court dismiss this matter with prejudice.

WHEREFORE counsel for the Plaintiffs and Defendants, respectfully request this Court dismiss this matter with prejudice, together with such other, further and different relief as may be deemed just, proper and equitable by this Court.

DATED this 7th day of November, 2016.

| /s/ Robert L. Rocke | /s/ Frank Smith |
|---|---|
| Robert L. Rocke, Esq. | Frank Smith, Esq. |
| Rocke, McLean & Sbar, P.A. | FMS Lawyer PL |
| 2309 S. MacDill Avenue | 9900 Stirling Road, Suite 226 |
| Tampa, FL 33629 | Cooper City, FL 33024 |
| E-Mail: rrocke@rmslegal.com | E-Mail: frank.smith@fmslawyer.com |
| Telephone: (813) 769-5610 | Telephone: (954) 985-1400 |
| Facsimile: (813) 769-5601 | Facsimile: (954) 241-6947 |
| Attorney for DEFENDANTS | Attorney for PLAINTIFFS |
| *Westlund Farms LLC* and *Andrew Westlund* | |

/s/ Avery A. Dial
Rory Eric Jurman
Fla. Bar No. 194646
Email: rjurman@fowler-white.com
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com
FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:     (954) 377-8100
Facsimile:     (954) 377-8101
Attorney for DEFENDANTS
*Cybergy Holdings, Inc. and Mark Gray*